# Court of Appeals
# of the State of Georgia

ATLANTA,  February 12, 2016

*The Court of Appeals hereby passes the following order:*

**A16A0429.  DAVIS v. THE STATE.**

Appellant, proceeding pro se, appeals from the denial of his extraordinary motion to modify his sentence.  The appeal was docketed on October 30, 2015, and Appellant was required to file a brief and enumeration of errors no later than November 19, 2015.  See Court of Appeals Rule 23 (a) (an appellant's brief and enumeration of error shall be filed within 20 days after the appeal is docketed unless extended by this Court and failure to do so may result in dismissal of the appeal).  On December 2, 2015, Appellant's brief was returned because it was not signed and did not contain certificate of service.  As of February 10, 2016, Appellant still had not submitted a brief and enumeration of errors, nor had he requested an extension.  The State has moved to dismiss Appellant's appeal.  We GRANT the State's motion, and Appellant's appeal is hereby DISMISSED for failure to file a brief and enumeration of errors in support of his appeal.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*  02/12/2016
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*